Randy J. Aliment, WSBA #11440
Michael I. White, WSBA #35409
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Attorneys for Defendant James Stephenson

Honorable Robert H. Whaley

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

STRATEGIC INTENT, LLC, a Washington limited liability company, d/b/a Palouse Falls Brewing Company,

JEFFREY A. GREENE and MELINDA L. GREENE, husband and wife, in their individual capacities, and the marital community composed thereof,

Plaintiffs,

v.

STRANGFORD LOUGH BREWING COMPANY LIMITED, a United Kingdom Corporation for the regions of Home Counties and Outer London,

ROBERT LITTLE and JANE DOE LITTLE, husband and wife, in their individual capacities, and the marital community composed thereof,

NO. CV-09-309 RHW

ANSWER OF DEFENDANT JAMES STEPHENSON

- AND -

DEMAND FOR JURY



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

ANTHONY DAVIES and TRACEY DAVIES, husband and wife, in their individual capacities, and the marital community composed thereof,

MICHAEL STANLEY ROSS and JANE DOE ROSS, husband and wife, in their individual capacities, and the marital community composed thereof,

JAMES STEPHENSON and JANE DOE STEPHENSON, husband and wife, in their individual capacities, and the marital community composed thereof, and JAMES STEPHENSON d/b/a STRANGFORD LOUGH BREWING CO., STRANGFORD LOUGH BREWING COMPANY INC. and STRANGFORD LOUGH BREWING COMPANY INC, NORTH AMERICA,

WAYNE STRIPP and JANE DOE STRIPP, husband and wife, and the marital community composed thereof, and WAYNE STRIPP d/b/a STRANGFORD LOUGH BREWING CO., STRANGFORD LOUGH BREWING COMPANY INC. and STRANGFORD LOUGH BREWING COMPANY INC, NORTH AMERICA

Defendants.

Defendant James Stephenson answers Plaintiffs' Amended Complaint as follows:



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1. Defendant Stephenson lacks sufficient information to answer paragraph 1.1 and therefore denies same. To the extent this paragraph contains allegations concerning Defendant Stephenson, those allegations are denied.

2. Answering paragraph 1.2, Defendant Stephenson admits that Plaintiffs Greene operated as members of Plaintiff Strategic Intent, LLC. Defendant Stephenson lacks sufficient information regarding marital status of Greenes and therefore denies same. Defendant Stephenson denies all remaining allegations.

3. Defendant Stephenson lacks sufficient information to answer paragraph 1.3 which relates to defendant SLBC and therefore denies same. To the extent this paragraph contains allegations concerning Defendant Stephenson, those allegations are denied.

4. Defendant Stephenson lacks sufficient information to answer paragraphs 1.4 through 1.6 and therefore denies same.

5. Answering paragraph 1.7, Defendant Stephenson admits that he, along with Wayne Stripp, owned and operated Strangford Lough Brewing Co., Inc., a Canadian company incorporated in British Columbia ("SLBC NA"). Defendant Stephenson further admits that he is a resident of British Columbia, Canada. Defendant Stephenson denies that he is married. Defendant Stephenson



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

denies that SLBC NA never registered or licensed its business. Defendant Stephenson admits that SLBC NA did not have a contract with Strategic Intent. Defendant Stephenson further admits that SLBC NA sold its interest to Legbiter, LLC, an entity believed to be owned and controlled by Defendants Robert Little and Anthony Davies, prior to the date Strategic Intent entered into the contract at issue with SLBC. Defendant Stephenson denies all remaining allegations made.

6. Answering paragraph 2.1, Defendant Stephenson denies that he pursued purposeful acts and business within Washington State. Defendant Stephenson lacks sufficient information to answer claims which relate to other defendants and therefore denies same. Defendant Stephenson denies that he committed tortious acts in Washington State.

7. Defendant Stephenson denies allegations made personally against him in paragraph 2.2. Defendant Stephenson denies allegations which relate to SLBC NA. Defendant Stephenson lacks sufficient information to answer claims which relate to other defendants and therefore denies same.

8. Defendant Stephenson denies paragraph 2.3.

9. Defendant Stephenson denies allegations made personally against him in paragraph 2.4. Defendant Stephenson lacks sufficient information to answer claims which relate to other defendants and therefore denies same.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

10. Paragraph 2.5 is not directed at Defendant Stephenson and therefore does not require a response. To the extent this paragraph contains allegations concerning Defendant Stephenson, those allegations are denied.

11. Defendant Stephenson lacks sufficient information to answer paragraph 2.6 which relates to defendant SLBC and to Plaintiffs and therefore denies same. To the extent this paragraph contains allegations concerning Defendant Stephenson, those allegations are specifically denied.

12. Defendant Stephenson denies paragraph 2.7.

13. Answering paragraph 2.8, Defendant Stephenson admits that he is not a party to the contract between Strategic Intent and SLBC. Defendant Stephenson lacks sufficient information to answer paragraph 2.8 which relates primarily to defendant SLBC and to Plaintiffs and therefore denies same. Defendant Stephenson denies that there is joint and several liability amongst Defendants, and specifically denies all allegations regarding personal liability. To the extent this paragraph contains allegations concerning Defendant Stephenson, those allegations are denied.

14. Answering paragraph 2.9, Defendant Stephenson lacks sufficient information to answer claims made against other defendants regarding this Court's jurisdiction over said defendants and of the subject matter of this action



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

and therefore denies same. Defendant Stephenson denies that the court has jurisdiction over him and denies that the laws of the State of Washington apply to Plaintiffs' claims against him.

15. Paragraphs 3.1 through 3.4 are not directed at Defendant Stephenson and therefore do not require a response. To the extent these paragraphs contain allegations concerning Defendant Stephenson, those allegations are denied.

16. Answering paragraph 4.1, Defendant Stephenson incorporates his answers to the preceding paragraphs.

17. Paragraph 4.2 is not directed at Defendant Stephenson and therefore does not require a response. To the extent this paragraph contains allegations concerning Defendant Stephenson, those allegations are denied.

18. Answering paragraph 4.3, Defendant Stephenson denies allegations made personally against him. Defendant Stephenson admits that SLBC NA entered into a Master License Rights for North America agreement with SLBC. Defendant Stephenson denies that SLBC NA, prior to the sale to Legbiter, LLC, held itself out to the general public, or to Plaintiffs, as the North American "branch office" of SLBC. Defendant Stephenson lacks sufficient information to answer paragraph 4.3 with respect to facts that occurred after said sale to Legbiter, LLC and therefore denies same.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

19. Answering paragraph 4.4, Defendant Stephenson denies allegations made personally against him. Defendant Stephenson denies Plaintiffs' characterization of rights SLBC NA acquired from SLBC and later sold back to Legbiter, LLC, an entity believed to be owned and controlled by Defendants Robert Little and Anthony Davies. Defendant Stephenson admits that information was provided to SLBC NA by SLBC for use in the promotional materials. As to the remaining allegations in paragraph 4.4, Defendant Stephenson answers that the promotional materials speak for themselves; Plaintiffs' characterizations of same are therefore denied.

20. Answering paragraph 4.5, Defendant Stephenson denies all allegations, if any, made personally against him. Defendant Stephenson denies Plaintiffs' characterization of rights SLBC NA acquired from SLBC and later sold back to Legbiter, LLC, an entity believed to be owned and controlled by Defendants Robert Little and Anthony Davies. Defendant Stephenson admits SLBC NA solicited potential licensees in the United States for the purpose of engaging in further discussions regarding potential licensing opportunities within the United States. Defendant Stephenson lacks sufficient information regarding SLBC's knowledge regarding SLBC NA activities and therefore denies same.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

Defendant Stephenson denies that SLBC NA held itself out to be the North American "branch office" of SLBC.

21. Answering paragraph 4.6, Defendant Stephenson denies all allegations made personally against him. Defendant Stephenson admits that, based on the information known to it at the time and as provided by SLBC, SLBC NA developed promotional materials for SLBC's products, including a Licensee Brochure Presentation Transcript. Defendant Stephenson lacks sufficient information to answer paragraph 4.6 with respect to facts that occurred after the sale to Legbiter, LLC and therefore denies same. Defendant Stephenson lacks sufficient information to answer claims made against other defendants and therefore denies same. As to the remaining allegations in paragraph 4.6, Defendant Stephenson answers that the Licensee Brochure speaks for itself; Plaintiffs characterizations of same are therefore denied.

22. Answering paragraph 4.7, Defendant Stephenson admits that Strategic Intent, through Jeff Greene, contacted SLBC NA on or about September 24, 2008 to request an orientation meeting in British Columbia. Defendant Stephenson denies plaintiffs' characterization of conversations between plaintiff and SLBC prior to the sale to Legbiter, LLC. Defendant



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

Stephenson lacks sufficient information to answer paragraph 4.7 with respect to facts that occurred after the sale to Legbiter, LLC and therefore denies same.

23. Answering paragraph 4.8, Defendant Stephenson admits that SLBC NA met with Plaintiffs on October 7, 2008. Defendant Stephenson denies that the meeting occurred at the invitation of SLBC NA and denies all other allegations made.

24. Answering paragraph 4.9, Defendant Stephenson admits that SLBC NA discussed SLBC's products with Plaintiffs at the October 7, 2008 meeting and that SLBC NA distributed a business prospectus. Defendant Stephenson lacks sufficient information to answer claims made against other defendants and therefore denies same. As to the remaining allegations in paragraph 4.9, Defendant Stephenson answers that the business prospectus speaks for itself; Plaintiffs characterizations of same are therefore denied.

25. Answering paragraph 4.10, Defendant Stephenson admits that Legbiter, LLC, an entity believed to be owned and controlled by Defendants Robert Little and Anthony Davies, acquired SLBC NA on or about October 30, 2008. Defendant Stephenson lacks knowledge of, and therefore denies all allegations regarding, the conduct of SLBC after Legbiter, LLC's acquisition of SLBC NA.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

26. Answering paragraph 4.11, Defendant Stephenson denies that SLBC NA and SLBC were part of a "joint franchise arrangement." Defendant Stephenson lacks sufficient information to answer claims made against other defendants and therefore denies same.

27. Paragraphs 4.12 through 4.29 are not directed at Defendant Stephenson and therefore do not require a response. Defendant Stephenson lacks sufficient information to answer claims made against other defendants and therefore denies same. To the extent these paragraphs contain allegations concerning Defendant Stephenson, those allegations are denied.

28. Answering paragraph 5.1, Defendant Stephenson incorporates his answers to the preceding paragraphs.

29. Answering paragraph 5.2, Defendant Stephenson lacks sufficient knowledge of SLBC's use of variations on the Strangford Lough Brewing Company moniker and therefore denies same. Defendant Stephenson denies all remaining allegations made.

30. Answering paragraph 5.3, Defendant Stephenson admits that Legbiter, LLC, an entity believed to be owned and controlled by Defendants Robert Little and Anthony Davies, acquired SLBC NA on or about October 30, 2008. Defendant Stephenson lacks knowledge of, and therefore denies all



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

allegations regarding, the conduct of SLBC after Legbiter, LLC's acquisition of SLBC NA.

31. Defendant Stephenson denies the allegations in paragraphs 5.4 through 5.7.

32. Answering paragraph 6.1, Defendant Stephenson incorporates his answers to the preceding paragraphs.

33. Defendant Stephenson denies the allegations in paragraphs 6.2 through 6.6.

34. Answering paragraph 7.1, Defendant Stephenson incorporates his answers to the preceding paragraphs.

35. Paragraphs 7.2 through 7.6 are not directed at Defendant Stephenson and therefore do not require a response. To the extent these paragraphs contain allegations against Defendant Stephenson, those allegations are denied.

36. Answering paragraph 8.1, Defendant Stephenson incorporates his answers to the preceding paragraphs.

37. Defendant Stephenson lacks sufficient information to answer paragraphs 8.2 through 8.6 and therefore denies same. By way of further answer, Defendant Stephenson responds that neither he, in his individual capacity, nor



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

SLBC NA entered into a contract with Plaintiffs. Any mistake by Plaintiffs at the time of contracting did not result from the conduct of Defendant Stephenson.

38. Answering paragraph 9.1, Defendant Stephenson incorporates his answers to the preceding paragraphs.

39. Answering paragraph 9.2, Defendant Stephenson denies the allegations made personally against him. Defendant Stephenson lacks sufficient information as to claims made against other defendants and therefore denies same. As to the remaining allegations in paragraph 9.2, Defendant Stephenson answers that the marketing plan speaks for itself; Plaintiffs' characterizations of same are therefore denied.

40. Defendant Stephenson lacks sufficient information to answer allegations in paragraphs 9.3 and 9.4 and therefore denies same.

41. Answering the allegations in paragraph 9.5, Defendant Stephenson denies allegations made against him. Defendant Stephenson lacks sufficient information to answer allegations made against other defendants and therefore denies same.

42. Defendant Stephenson denies the allegations in paragraph 9.6.

43. Answering the allegations in paragraph 9.7, Defendant Stephenson denies that he made offers within the State of Washington and denies that he had



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

an obligation to register any microbrewery license offers with the State of Washington. Defendant Stephenson lacks sufficient information to answer allegations made against other defendants and therefore denies same.

44. Defendant Stephenson denies allegations made against him in paragraph 9.8. Defendant Stephenson lacks sufficient information to answer allegations made against other defendants and therefore denies same.

45. Defendant Stephenson denies the allegations in paragraph 9.9.

46. Answering paragraph 10.1, Defendant Stephenson incorporates his answers to the preceding paragraphs.

47. Defendant Stephenson denies allegations made against him in paragraphs 10.2 through 10.5. Defendant Stephenson lacks sufficient information to answer allegations made against other defendants and therefore denies same.

48. Answering paragraph 11.1, Defendant Stephenson incorporates his answers to the preceding paragraphs.

49. Paragraphs 11.2 through 11.10 are not directed at Defendant Stephenson and therefore do not require a response. To the extent these paragraphs contain allegations against Defendant Stephenson, those allegations are denied.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

50. Answering paragraph 12.1, Defendant Stephenson incorporates his answers to the preceding paragraphs.

51. Paragraphs 12.2 through 12.7 are not directed at Defendant Stephenson and therefore do not require a response. To the extent these paragraphs contain allegations against Defendant Stephenson, those allegations are denied.

52. Answering paragraph 13.1, Defendant Stephenson incorporates his answers to preceding paragraphs.

53. Answering paragraphs 13.2 through 13.9, Defendant Stephenson denies that he, in his individual capacity, caused damages to Plaintiffs. Defendant Stephenson lacks sufficient information to answer remaining allegations and therefore denies same.

54. Defendant Stephenson denies all allegations in Plaintiffs' Amended Complaint that are not admitted.

55. Answering Plaintiffs' prayer for relief, Defendant Stephenson denies that Plaintiffs are entitled to any relief from Defendant Stephenson.

## AFFIRMATIVE DEFENSES

1. Plaintiffs fail to state a cause of action or claim upon which relief can be granted against Defendant Stephenson.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2. This Court lacks personal and/or subject matter jurisdiction over Defendant Stephenson.

3. Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' failure to mitigate their alleged damages.

4. Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' failure to conduct commercially reasonable due diligence prior to entering into a contract with SLBC.

5. Any violation of law, which is specifically denied, was not intentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adopted to avoid any such error.

6. Plaintiffs' claims against Defendant Stephenson are barred because the facts alleged by Plaintiffs do not give rise to a claim of personal liability.

7. Plaintiffs' claims may be barred by the applicable statutes of limitations.

8. Plaintiffs' claims may be barred, in whole or part, by the doctrines of waiver, estoppel, and/or laches.

9. Plaintiffs' claims are barred, in whole or in part, because Defendant Stephenson acted in good faith and in a commercially reasonable manner at all



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

times and has complied with all applicable requirements under federal and state law.

10. Plaintiffs' claims may be barred by the terms of the various agreements signed by Plaintiffs, including by various disclaimers contained therein.

11. If Plaintiffs sustained damages as alleged, which is expressly denied, said damages were directly and proximately caused by the negligence or fault of parties other than Defendant Stephenson, over which Defendant Stephenson had no supervision or control and for whose actions and omissions Defendant Stephenson had and has no legal responsibility.

12. Plaintiffs' claims are barred in whole or part to the extent any recovery in favor of Plaintiffs would result in Plaintiffs' unjust enrichment.

13. Plaintiffs consented to and approved all the acts and omissions about which Plaintiffs now complain. In addition, Plaintiffs willingly entered into the very agreements by which they claim to have been injured, thereby expressly evidencing consent.

14. There is no proximate causation between any alleged acts by Defendant Stephenson and the damages claimed. Plaintiffs' claims are barred by the doctrines of intervening and/or superseding causation.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

15. Some or all of Plaintiffs' claims are barred by the Statute of Frauds.

Defendant Stephenson reserves the right to amend his answer and to assert additional affirmative defenses to conform to the facts as they are revealed in discovery or otherwise.

**JURY DEMAND**

Defendant Stephenson requests trial by jury and hereby demands same.

**PRAYER FOR RELIEF**

WHEREFORE, having answered the allegations of Plaintiffs' Complaint, Defendant Stephenson prays for relief as follows:

A. Dismissal of the claims alleged against Defendant Stephenson, with prejudice;

B. Award in favor of Defendant Stephenson of his attorneys' fees and costs as authorized by law; and

///

///

///

///

///

///



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

C. Such other and further relief as the Court deems just and equitable.

DATED this 2nd day of December, 2009.

s/Randy J. Aliment
Randy J. Aliment, WSBA #11440
Michael I. White, WSBA #35409
Attorneys for Defendant James Stephenson and Wayne and Paula Stripp
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: raliment@williamskastner.com
mwhite@williamskastner.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system and will send notification of such filing to the following via facsimile and U.S. Mail:

Linda Schauble-Ruff, WSBA #14707
Attorneys for Plaintiffs
AITKEN, SCHAUBLE, PATRICK, NEILL, RUFF & SHIRLEY
P.O. Box 307
Pullman, WA 99163-0307
Telephone: (509) 334-3505
Fax: (509) 334-5367
lruff@pullman.com

The foregoing statement is made under penalty of perjury and under the laws of the United States of America and the State of Washington and is true and correct.

SIGNED at Seattle, Washington, this 2nd day of December, 2009.

s/Michael I. White
Michael I. White, WSBA #35409
Randy J. Aliment, WSBA #11440
Attorneys for Defendant James Stephenson and Wayne and Paula Stripp
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: raliment@williamskastner.com
mwhite@williamskastner.com