AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

STRATEGIC INTENT, LLC, d/b/a PALOUSE FALLS
BREWING COMPANY, et al.

**JUDGMENT IN A CIVIL CASE**

v.

STRANGFORD LOUGH BREWING COMPANY
LIMITED, et al.

CASE NUMBER: CV-09-309-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  trial  before the Court. The issues have been tried  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of Plaintiffs against Defendants Strangford Lough Brewing Company, Robert Little and Jane Doe Little, Anthony Davies and Tracey Davies, jointly and severally.  This Judgment includes lost profits damages in the amount of $1,459.300.00 and reasonable attorneys' fees and costs in the amount of $213,237.70, and $24,276.25 in costs, for a total judgment against these Defendants in the amount of $1,696,813.95.

| | |
|---|---|
| 05/11/11 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Penny Lamb |
| | *(By) Deputy Clerk* |
| | Penny Lamb |